

*U.S. DISTRICT COURT FILED APR 23 2024 S.D. OF N.Y.*

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: CONCRETE AND CEMENT ADDITIVES
ANTITRUST LITIGATION                                        MDL No. 3097

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On April 12, 2024, the Panel transferred 4 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.3d ___ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis J. Liman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Liman.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 12, 2024, and, with the consent of that court, assigned to the Honorable Lewis J. Liman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 23, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

RUBY J. KRAJICK
CLERK OF COURT

BY _____
         Deputy Clerk

IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION                MDL No. 3097

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 24−00365 | Cal Prime, Inc. v. Sika AG et al |
| **MINNESOTA** | | | |
| MN | 0 | 24−00441 | Park Construction Company v. Sika AG et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 3 | 24−00164 | Jon Tate Construction, LLC et al v. Sika Corporation et al |
| **NEW YORK EASTERN** | | | |
| NYE | 1 | 24−00783 | D'Onofrio General Contractors Corp. v. Sika AG et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 23−05135 | VERA CONSTRUCTION, L.L.C. v. SIKA AG et al |
| PAE | 2 | 24−00164 | H & S REDI MIX, INC. v. SIKA AG et al |
| PAE | 2 | 24−00545 | J&L Imperium Industries, LLC v. RPM International Inc. et al |